1 | LAW OFFICES OF MAUREEN E. MCFADDEN
MAUREEN E. MCFADDEN, State Bar No. 203781
2 | 819 Bancroft Way
Berkeley, California 94710
3 | Telephone No.: (510) 845-5203
Facsimile No.: (510) 868-0976
4 | maureen@mcfaddenlaw.net

5 | Attorneys for Plaintiff
ERIC RIMES

7 | MORGAN, LEWIS & BOCKIUS LLP
REBECCA EISEN, State Bar No. 096129
8 | STEVEN K. GANOTIS, State Bar No. 234252
One Market, Spear Street Tower
9 | San Francisco, CA 94105-1126
Telephone No.: (415) 442-1000
10 | Facsimile No.: (415) 442-1001
reisen@morganlewis.com
11 | sganotis@morganlewis.com

12 | Attorneys for Defendant
NOTEWARE DEVELOPMENT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC RIMES,<br><br>           Plaintiff,<br><br>    vs.<br><br>NOTEWARE DEVELOPMENT LLC,<br><br>           Defendant. | Case No. CV 09-0281 EMC<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [P~~ROP~~OSED] ORDER**<br><br>Current CMC Information:<br><br>Date:    August 26, 2009<br>Time:   2:30 p.m.<br>Dept.:   Courtroom C, 15th Floor<br>Judge:  Edward Chen |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE CMC;
[PROPOSED] ORDER     1     CASE NO. CV 09-0281 EMC

**STIPULATION**

Pursuant to Northern District Local Rules 7-12 and 16-2(e), Plaintiff Eric Rimes ("Plaintiff") and Defendant Noteware Development LLC ("Defendant" or "Noteware") (together as the "Parties") jointly submit this Stipulation and [Proposed] Order to continue the Case Management Conference currently set for August 26, 2009 to September 2, 2009.

1. Plaintiff's counsel recently developed a calendar conflict that will prevent her from attending the August 26, 2009 Case Management Conference.

2. Defendant has no opposition to continuing the date of the Case Management Conference from August 26, 2009 to September 2, 2009.

3. The Parties therefore agree and respectfully request, provided that the Court can accommodate the request, that the Case Management Conference should be continued by one week from August 26, 2009 to September 2, 2009.

Dated: August 24, 2009        MORGAN, LEWIS & BOCKIUS LLP


By: /s/ Steven K. Ganotis
    Rebecca Eisen
    Steven K. Ganotis
    Attorneys for Defendant
    NOTEWARE DEVELOPMENT LLC


Dated: August 24, 2009        LAW OFFICES OF MAUREEN E. MCFADDEN


By: /s/ Maureen E. McFadden
    Maureen E. McFadden
    Attorneys for Plaintiff
    ERIC RIMES

PURSUANT TO STIPULATION, IT IS SO ORDERED as follows:

1. The Case Management Conference in this matter, *Rimes v. Noteware Development, Inc.*, Case Number CV 09-0281 EMC, is continued to _____9/2_____, 2009. at 2:30 p.m.

IT IS SO ORDERED:

Dated: \_\_\_8/24\_\_\_, 2009

_____
THE HONORABLE EDWARD M. CHEN
Magistrate Judge of the United States District Court
for the Northern District of California

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen