Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
819 Bancroft Way
Berkeley, CA 94710
Ph: (510) 845-5203
Fax: (510) 868-0976

Attorney for Plaintiff
ERIC RIMES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC RIMES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NOTEWARE DEVELOPMENT LLC and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: CV 09-0281 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between the parties through their respective attorneys of record that plaintiff Eric Rimes may file the proposed First Amended Complaint, a copy of which was attached to plaintiff's Motion for Leave to file A First Amended Complaint, already on file with this Court.

This stipulation in no way affects or prejudices the right of Noteware Development LLC or Jim Noteware to assert any defense, including but not limited to contesting the court's jurisdiction.

Dated: September 17, 2009

MORGAN LEWIS & BOCKIUS LLP

By _____
STEVEN GANOTIS
Attorney for Defendant
NOTEWARE DEVELOPMENT LLC

Respectfully submitted,

Dated: September 17, 2009

LAW OFFICES OF MAUREEN E. MCFADDEN

By _____
MAUREEN E. MCFADDEN
Attorneys for Plaintiff
ERIC RIMES

**IT IS SO ORDERED.** The hearing on PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT set for October 7, 2009 at 10:30 a.m. is hereby vacated.

Dated: September 21, 2009

By _____
MAGISTRATE EDWARD CHEN