Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
819 Bancroft Way
Berkeley, CA 94710
Ph: (510) 845-5203
Fax: (510) 868-0976

Attorney for Plaintiff
ERIC RIMES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC RIMES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NOTEWARE DEVELOPMENT LLC and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: CV 09-0281 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER PARTIALLY REVISING CASE MANAGEMENT ORDER TO EXTEND FACT DISCOVERY CUTOFF 60 DAYS** |

The parties, by and through their respective counsel, hereby stipulate to partially revise the Court's Case Management Order as follows:

### STIPULATION

1. The parties are diligently working toward moving this case forward in an efficient and expeditious manner.

2. The Scheduling Order in this matter includes a fact discovery cut-off date of January 18, 2010. Defendant Jim Noteware has not yet been served. Additionally, both Noteware Development LLC and Eric Rimes have further written discovery and depositions that still need to be completed, but which cannot be completed by the scheduled January 18, 2010 fact discovery cut-off date.

3. The parties agree that the discovery cut-off date should be continued 60 days to March 18, 2010. The parties do not seek to continue any deadlines in the Scheduling Order other than the fact discovery cut-off date.

IT IS SO STIPULATED.

DATED: December 12, 2009　　　　　LAW OFFICES OF MAUREEN E. MCFADDEN

By: _____
　　Maureen E. McFadden

Attorney for Plaintiff
ERIC RIMES

DATED: December 12, 2009　　　　　MORGAN LEWIS & BOCKIUS LLP

By: _____
　　Steven Ganotis

Attorneys for Defendant
NOTEWARE DEVELOPMENT LLC

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, the discovery cut-off date is continued as follows:

1. Completion of fact discovery　　　　　March 18, 2010
　　　　　　　　　　　　　　　　　　　　(currently January 18, 2010)

The other deadlines and dates set forth in the Court's April 30, 2009 Scheduling Order remain unchanged.

Dated: December 14, 2009

Honorable _____

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA