1 Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
819 Bancroft Way
2 Berkeley, CA 94710
Ph: (510) 845-5203
3 Fax: (510) 868-0976

4 Attorney for Plaintiff
ERIC RIMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC RIMES, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>NOTEWARE DEVELOPMENT LLC and DOES 1-25, inclusive,<br><br>      Defendants. | Case No.: CV 09-0281 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MARCH 17, 2010** |

**IT IS HEREBY STIPULATED** by and between the parties through their respective attorneys of record that the current case management conference scheduled for March 3, 2010 shall be continued to March 17, 2010, at 2:30 p.m.

Dated: March 1, 2010

MORGAN LEWIS & BOCKIUS LLP

By _/s/_____
STEVEN GANOTIS
Attorney for Defendant
NOTEWARE DEVELOPMENT LLC

STIPULATION CONTINUING CMC - 1

1
2   Dated: March 1, 2010

Respectfully submitted,

LAW OFFICES OF MAUREEN E. MCFADDEN

By _____
MAUREEN E. MCFADDEN
Attorneys for Plaintiff
ERIC RIMES

7   **IT IS SO ORDERED.**

11  Dated: _____3/1/10_____

IT IS SO ORDERED

Judge Edward M. Chen

*(United States District Court, Northern District of California seal)*

STIPULATION CONTINUING CMC - 2