| | |
|---|---|
| 1 | **DILLINGHAM & MURPHY, LLP** |
| | CARLA J. HARTLEY (SBN 117213) |
| 2 | ANGEL R. SEVILLA (SBN 239072) |
| | 225 BUSH STREET, 6TH FLOOR |
| 3 | SAN FRANCISCO, CALIFORNIA 94104-4207 |
| | TELEPHONE:   (415) 397-2700 |
| 4 | FACSIMILE:    (415) 397-3300 |
| 5 | Attorneys For Defendant |
| | NOTEWARE DEVELOPMENT LLC and JIM NOTEWARE |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCICO DIVISION

| | | |
|---|---|---|
| 12 | ERIC RIMES, | Case No. CV 09-0281 EMC |
| 13 | Plaintiff, | **STIPULATION TO AMEND SECOND AMENDED CASE MANAGEMENT AND PRETRIAL ORDER AND ORDER** |
| 14 | v. | |
| 15 | NOTEWARE DEVELOPMENT LLC, and JIM NOTEWARE, | ORDER |
| 16 | | |
| 17 | Defendants. | |

It is hereby stipulated by and between the parties to the above matter, by and through their counsel of record that the Second Amended Case Management and Pretrial Order for Jury Trial issued by the Court shall be amended as follows:

1. The parties shall have until November 30, 2010 to complete non-expert discovery.

2. There is no stay on the depositions of non-expert witnesses. Subject to the deadline in item 1 above, the parties may take the deposition(s) of non-expert witnesses without first obtaining a court order.

3. The parties shall be limited to four non-expert depositions per side but may seek court order permitting additional non-expert depositions for good cause shown.

1      4.    The deposition of defendant JIM NOTEWARE, individually or in his capacity as a representative of defendant NOTEWARE DEVELOPMENT, LLC, shall be taken in Houston, Texas or telephonically, at plaintiff's option.  Defendants shall not be responsible for any expenses incurred by plaintiff for travel or otherwise related to taking the deposition of JIM NOTEWARE in Houston, Texas or telephonically.

    5.    The parties agree that these changes can be made to the Second Amended Case Management and Pretrial Order for Jury Trial without affecting their ability to comply with the Court's remaining dates or ability to try the case on February 14, 2010.

Dated:  August 20, 2010          LAW OFFICES OF MAUREEN E. MCFADDEN
                                              MAUREEN E. MCFADDEN

By:   / s / *Eric Rimes*
       Attorneys for Plaintiff
       ERIC RIMES

Dated:  August 20, 2010          DILLINGHAM & MURPHY, LLP
                                              CARLA J. HARTLEY

By:   / s / *Carla J. Hartley*
       Attorneys For Defendants
       NOTEWARE DEVELOPMENT LLC and
       JIM NOTEWARE

**ORDER**

Based on the stipulation of the parties, it is hereby ordered that the Second Amended Case Management and Pretrial Order For Jury Trial is amended as follows:

    1.    The parties shall have until November 30, 2010 to complete non-expert discovery.

    2.    There is no stay on the depositions of non-expert witnesses.  Subject to the deadline in item 1 above, the parties may take the deposition(s) of non-expert witnesses without first obtaining a court order.

1      3.      The parties shall be limited to four non-expert depositions per side but may seek
2 court order permitting additional non-expert depositions for good cause shown.
3      4.      The deposition of defendant JIM NOTEWARE, individually or in his capacity as
4 a representative of defendant NOTEWARE DEVELOPMENT, LLC, shall be taken in Houston,
5 Texas or telephonically, at plaintiff's options.  Defendants shall not be responsible for any
6 expenses incurred by plaintiff for travel or otherwise related to taking the deposition of JIM
7 NOTEWARE in Houston, Texas or telephonically.

All other dates remain the same as stated in the Second Amended CMC Order filed on 7/30/10. The 8/25/10 status conference is hereby vacated.

9 Dated: August ___23___, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen