Maureen E. McFadden, SBN 203781
LAW OFFICES OF MAUREEN E. MCFADDEN
405 Fourteenth Street, Suite 915
Oakland, CA 94612
Ph: (510) 845-5203
Fax: (510) 868-0976

Attorney for Plaintiff
ERIC RIMES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERIC RIMES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NOTEWARE DEVELOPMENT LLC and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: CV 09-0281 EMC<br><br>**PLAINTIFF'S REQUEST TO VACATE CONDITIONAL DISMISSAL** |

Defendants Jim Noteware and Noteware Development LLC were jointly and severally responsible for fulfilling the terms of a settlement agreement entered into with plaintiff Eric Rimes in November 2010. On December 22, 2010, the Court issued a 90 day conditional dismissal.

Prior to the payment of all monies owed to plaintiff under the settlement agreement, Jim Noteware filed for personal bankruptcy. Jim Noteware's bankruptcy counsel Matthew Hoffman has indicated that defendant Noteware Development LLC (which has not filed for bankruptcy) has no intention of paying any of the money it owes to plaintiff under the settlement agreement.

Accordingly, the 90 day conditional dismissal should be vacated to allow further proceedings against Noteware Development LLC as specified in the settlement agreement, with any stay on the action limited to Jim Noteware.

DATED: February 17, 2011

LAW OFFICES OF MAUREEN E. MCFADDEN

By: ______________________________
Maureen E. McFadden

Attorney for Plaintiff
ERIC RIMES

IT IS SO ORDERED that the clerk of the court is directed to reopen this case. A status conference is set for 4/20/11 at 2:30 p.m. A joint status conference statement shall be filed by 4/13/11.




______________________
Edward M. Chen
U.S. Magistrate Judge

**PROOF OF SERVICE**

I, the undersigned, declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 405 Fourteenth Street, Suite 915, Oakland CA 94612.

On February 17, 2011, I served the following document:

**PLAINTIFF'S REQUEST TO VACATE CONDITIONAL DISMISSAL**

[ x ] BY MAIL in the said cause by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Berkeley, CA addressed as shown below.

[ ] BY HAND DELIVERY by causing a true copy thereof enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

[ ] BY OVERNIGHT DELIVERY by placing a true copy thereof, enclosed in a sealed envelope, with delivery charges fully paid, to be delivered overnight to the address(es) shown below.

| | |
|---|---|
| Carla Hartley<br>Dillingham & Murphy LLP<br>225 Bush Street, 6th Floor<br>San Francisco, CA 94104 | |

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 17th day of February 2011 at Oakland, California.

Maureen E. McFadden